ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Royal Castle Early Learning Institute, LLC | ) ASBCA No. 62245-ADR |
| | ) |
| Under Contract No. W912P8-18-C-0027 | ) |

APPEARANCES FOR THE APPELLANT:    Joseph A. Camardo Jr., Esq.
                                  Nancy M. Camardo, Esq.
                                    Camardo Law Firm, P.C.
                                    Auburn, NY

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Thomas M. Taff, Jr., Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 2, 2021

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62245-ADR, Appeal of Royal Castle Early Learning Institute, LLC, rendered in conformance with the Board's Charter.

Dated: August 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals